AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| RADER, Randall R. | Ct. of Appeals Fed. Circuit | 04/13/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III Active Cir. Judge | ☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

717 Madison Place, N.W.
Suite 901
Washington, D.C. 20439

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Bd. Of Advisors, George Washington University |
| 2. | Adjunct Professor | The George Washington University Law School |
| 3. | Board Member | Tonji Intellectual Property Law Institute |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RADER, Randall R. | 04/13/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | Spring S | Lecturer, The George Washington University Law School | $12,157 |
| 2. | Fall S | Lecturer, The George Washington University Law School | $12,157 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Fairfax County Adult Education |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Singapore IP Academy | January 5-10, 2011 | Raffles City. Singapore | Edcucation seminar | travel and lodging |
| 2. | Association of Corporate Patent Counsel | January 23-24, 2011 | Naples, FL | Education seminar | travel and lodging |
| 3. | Utah IP Summit | February 17-19, 2011 | Salt Lake City, UT | Education seminar | travel and lodging |
| 4. | American Conference Institute | February 23-24, 2011 | New York, New York | Education seminar | travel and lodging |
| 5. | Santa Clara Law School | March 16-20, 2011 | Santa Clara, CA | Educational seminar | travel and lodging |
| 6. | The University of New South Wales, Australia | March 25-April 2, 2011 | Sydney, Australia | Educational seminar | travel and lodging |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | RADER, Randall R. | 04/13/2012 |

| | | | | |
|---|---|---|---|---|
| 7. | Fu Jen Catholic University, Taiwan | April 9-12, 2011 | Taipei, Taiwan | Educational seminar | travel and lodging |
| 8. | AUTM ASIA, Beijing University | April 13-18, 2011 | Beijing, China | Educational seminar | travel and lodging |
| 9. | William Mitchell College of Law | April 21-22, 2011 | St Paul, Minneapols MS | Educational seminar | travel and lodging |
| 10. | Fordham Law School | April 27-29, 2011 | New York, New York | Educational seminar | travel and lodging |
| 11. | Federal Circuit Bar Association | May 16-22, 2011 | Munich and Dusseldorf, Germany | Educational seminar | travel and lodging |
| 12. | IPO 6th International judges conference | May 22-24, 2011 | Brussles, Belgium | Educational seminar | travel and lodging |
| 13. | Federal Circuit Bar Association | May 15-29, 2011 | Stockholm, Sweden | Educational seminar | travel and lodging |
| 14. | The John Marshall Law School | June 11-18, 2011 | Beijing, China | Education seminar | travel and lodging |
| 15. | Intellectual Assent Management/FTI | June 18 -21, 2011 | San Francisco, CA | Educational seminar | travel and lodging |
| 16. | Bench and Bar Conference | June 22-26, 2011 | Key Biscayne, FL | Educational seminar | travel and lodging |
| 17. | University of New Hampshire | July 7-9, 2011 | Tokyo, Japan | Educational seminar | travel and lodging |
| 18. | Hangdong International law School | July 10-14, 2011 | Seoul, Korea | Educational seminar | travel and lodging |
| 19. | University of Washington School of Law | July 20-24, 2011 | Seattle, WA | Educational seminar | travel and lodging |
| 20. | Korean Institute of Patent Information | September 7-8, 2011 | Seoul, Korea | Educational seminar | travel and lodging |
| 21. | South Africa Conference on accelerating IP and Innovation | September 17-22, 2011 | Cape Town, South Africa | Educational seminar | travel and lodging |
| 22. | Federal Circuit Bar Association | September 25-27, 2011 | Plano, TX | Educational seminar | travel and loding |
| 23. | University of New Hampshire | September 30-October 1, 2011 | Concord, NH | Educational seminar | travel and lodging |
| 24. | University of Washington Law School | October 10-12, 2011 | Seattle, WA | Educational seminar | travel and lodging |
| 25. | The Sedona Conference | October 13-11, 2011 | Del Mar, CA | Educational seminar | travel and lodging |
| 26. | Bench and Bar of Court of Federal Claim | October 17-19, 2011 | Berkeley, CA | Judicial conference | travel and lodging |
| 27. | Federal Circuit Bar Association | October 28-29, 2011 | Shanghai, China | Educational seminar | travel and lodging |
| 28. | Association for the Protection of Intellectual Property, Japan | October 30-November 1, 2011 | Tokyo, Japan | Educational seminar | travel and lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| RADER, Randall R. | 04/13/2012 |

| 29. | The John Marshal Law School | November 15-16, 2011 | Chicago, IL | Educational seminar | travel and lodging |
|---|---|---|---|---|---|
| 30. | NYIPLA-FTI | December 13-15, 201 | New York, New York | Educational seminar | travel and lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| **RADER, Randall R.** | 04/13/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RADER, Randall R. | 04/13/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Treasury Department Federal Credit Union | D | Int./Div. | J | T | | | | | |
| 2. Rental Property, Portland, Oregon (2006-$170,000) | D | Rent | M | R | | | | | |
| 3. | | | | | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RADER, Randall R. | 04/13/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Randall R. RADER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544